UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION: "C" |
| CREWBOATS, INC. and PENNZENERGY | | |
| EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO FILE A THIRD PARTY COMPLAINT

NOW INTO COURT, through undersigned counsel, comes CREWBOATS, INC. and moves this Court as follows:

1.

That Crewboats, Inc. desires to file a Third Party Complaint against Parker Drilling Offshore USA, L.L.C., a defendant in this matter.

2.

Said Third Party Complaint is being filed in accordance with Rule 14 of the Federal Rules of Civil Procedure.

3.

Crewboats, Inc. requests that this Honorable Court grant it leave to file the third party action.

4.

Mover avers that counsel for all other parties in this matter voiced no objection to this Motion.

DATE OF ENTRY
MAY - 2 2000

WHEREFORE, Mover prays that the Motion be filed and, after due proceedings had, there be an Order of this Court allowing CREWBOATS, INC. to file a third party cross-claim against PARKER DRILLING OFFSHORE USA, L.L.C.

FERNANDEZ & SEEMANN, L.L.C.

_____
G. FREDERICK SEEMANN   (Roll No. 11913)
1005 Lafayette Street
Lafayette, Louisiana  70501
(337) 234-3766
Attorney for Crewboats, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0278** |
| **PARKER DRILLING OFFSHORE USA, L.L.C.,** | * | **SECTION: "C"** |
| **CREWBOATS, INC. and PENNZENERGY** | | |
| **EXPLORATION AND PRODUCTION, L.L.C.** | * | **MAGISTRATE: "1"** |

*********************************************************************

## ORDER

Considering the above and foregoing Motion and the statement by the Attorney for CREWBOATS, INC. that counsel for all parties have no objections to this Motion;

IT IS ORDERED, ADJUDGED AND DECREED that CREWBOATS, INC. be and is hereby allowed to file a third party action against PARKER DRILLING OFFSHORE USA, L.L.C. in the above captioned and entitled matter.

New Orleans, Louisiana, this ____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE