

MINUTE ENTRY
SHUSHAN, M.J.
JUNE 16, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN PADGETT | CIVIL ACTION |
| versus | NUMBER: 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., ET AL. | SECTION "C" (1) |

**HEARING ON MOTION**

APPEARANCES:   Submitted on briefs

MOTION:   MOTION OF DEFENDANT, CREWBOATS, INC., TO COMPEL PLAINTIFF TO ANSWER INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**DISMISSED AS MOOT**.

DATE OF ENTRY
JUN 19 2000

SALLY SHUSHAN
United States Magistrate Judge