COPY IN CHAMB[ERS]

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 30 AM 11:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| versus | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C. CREWBOATS, INC., PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * * | SECTION "C" MAGISTRATE (1) |

## MOTION FOR LEAVE OF COURT
## TO FILE CROSS-CLAIM AND THIRD-PARTY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes defendant PennzEnergy Exploration and Production, L.L.C. ("PennzEnergy"), and respectfully requests leave of court to file the attached Cross-Claim and Third-Party Demand. Counsel for all existing parties have been contacted and there are no objections to the filing of the Cross-Claim and Third-Party Demand. PennzEnergy submits that the filing of these pleadings will not retard the progress of the principal action.

DATE OF ENTRY
AUG 3 1 2000

Fee____
Process___
X Dktd____
__CtRmDep
Doc.No. 14

293032_1.DOC

-2-

Respectfully submitted,

*/s/ Mark A. Johnson*

R. Keith Jarrett (Bar #16984)
Mark A. Johnson (Bar# 23406)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

Attorneys for PennzEnergy Exploration &
Production Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 30th day of Aug, 2000.

*/s/ Mark A. Johnson*

-2-

293032_1.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| versus | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C. CREWBOATS, INC., | * | SECTION "C" |
| PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE (1) |

## ORDER

Considering the foregoing motion for Leave of Court;

IT IS HEREBY ORDERED that PennzEnergy's Motion for Leave to File Cross-Claim Complaint and Third-Party Demand is hereby GRANTED and the Clerk of Court is instructed to file those pleadings in the record.

New Orleans, this __30__ day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE