

MINUTE ENTRY
SHUSHAN, M.J.
SEPTEMBER 20, 2000

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN PADGETT | CIVIL ACTION |
| VERSUS | NO: 00-0278 |
| PARKER DRILLING OFFSHORE USA, LLC, ET AL | SECTION: "C"(1) |

### HEARING ON MOTION

APPEARANCES:    Submitted on briefs

MOTION:    MOTION OF CREWBOATS, INC. TO COMPEL DISCOVERY RESPONSES

**DENIED AS MOOT**

    Before the undersigned is the motion of the defendant, Crewboats, Inc. ("Crewboats"), to compel discovery responses from its co-defendant, Parker Drilling Offshore USA, L.L.C. ("Parker"). Parker responds that it has agreed to submit the discovery responses by no later than September 22, 2000. Accordingly, it is ORDERED that Crewboats' motion to compel Parker is DENIED as MOOT



DATE OF ENTRY
SEP 2 0 2000

without prejudice to notify the undersigned in the event Parker does not produce the discovery responses by September 22, 2000.

                                                  SALLY SHUSHAN
                                                  United States Magistrate Judge