

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | DOCKET NO.: 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C. ET AL. | * | SECTION "C" |
| | * | MAGISTRATE (1) |

\*   \*   \*   \*   \*   \*   \*   \*

# MOTION AND ORDER FOR LEAVE OF COURT TO FILE SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes complainant, John Padgett, who moves for leave of court to file a supplemental and amending complaint adding a new party to the litigation. The existing parties have recently learned through discovery the identity of a company that was involved in the actions that led to the plaintiff's injury. All parties agree that it is appropriate to add this new company as a party defendant.

WHEREFORE, the complainant prays for leave of court to file a supplemental and amending

F:\DSK X\JEC\Padgett John\P\Motion to Supplement and Amend Complaint.wpd

DATE OF ENTRY
OCT - 4 2000



complaint adding a party for the reasons set out in the attached memorandum in support of this motion.

RESPECTFULLY SUBMITTED,

_____
JAMES E. CAZALOT, JR. (BAR # 17510)
H. EDWARD SHERMAN (BAR # 12016)
1010 COMMON STREET, SUITE 1750
NEW ORLEANS, LOUISIANA 70112
TELEPHONE (504) 587-7100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record on this 28 day of September, 2000, by:
    ✓ placing same in the U.S. Mail postage prepaid and properly addressed,
    ___ delivering by hand, and/or
    ___ facsimile.

_____
JAMES E. CAZALOT, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **DOCKET NO.: 00-0278** |
| **PARKER DRILLING OFFSHORE USA, L.L.C.** **ET AL.** | * | **SECTION "C"** |
| | * | **MAGISTRATE (1)** |

\* \* \* \* \* \* \* \*

## O R D E R

Considering the above and foregoing;

**IT IS ORDERED** that the plaintiff, John Padgett, be granted leave of court to supplement and amend the complaint.

New Orleans, Louisiana, this __3__ day of __October__, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

F:\DSK X\JEC\Padgett John\P\Motion to Supplement and Amend Complaint.wpd