

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0278** |
| **PARKER DRILLING OFFSHORE USA, L.L.C., CREWBOATS, INC. and PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C.** | * * * | **SECTION: "C"** **MAGISTRATE: "1"** |

*******************************************************************************

### MOTION TO FILE SUPPLEMENTAL PLEADINGS TO ADD PARTY

NOW INTO COURT, through undersigned counsel, comes CREWBOATS, INC., who moves the Court as follows:

1.

It has recently been learned that there was an additional party who may have liability for any damages claimed by Plaintiff in this matter. The proper name of the party has recently been made known and therefore it is only at this time that Crewboats, Inc. had sufficient knowledge of the name of the party to file pleadings

2

Your Mover asks that this Honorable Court permit the addition of a third party defendant in this matter at this time. Counsel for Crewboats, Inc. has discussed with the various counsel for other parties in this case the addition of this new defendant and all parties voiced no opposition to the addition of this defendant.

DATE OF ENTRY
OCT - 4 2000



WHEREFORE, Mover prays that an Order issued by this Honorable Court allowing CREWBOATS, INC. to add, as a third party defendant, HAMILTON ENGINEERING, INC.

FERNANDEZ & SEEMANN, L.L.C.

G. FREDERICK SEEMANN   (Roll No. 11913)
MANUEL A. FERNANDEZ    (Roll No. 5530)
1005 Lafayette Street
Lafayette, Louisiana 70501
(337) 234-3766
Attorney for Crewboats, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION: "C" |
| CREWBOATS, INC. and PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE: "1" |

*************************************************************************

## ORDER

Considering the foregoing Motion;

IT IS HEREBY ORDERED that the Motion of CREWBOATS, INC. for leave to file a Cross Claim and Third Party Complaint is hereby granted and the Clerk of Court is instructed to file those pleadings into the record.

New Orleans, Louisiana, this 2 day of Oct, 2000.

_____
UNITED STATES DISTRICT JUDGE