```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 OCT 20  PM 2: 29

                                          LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
BERRIGAN, J.
October 20, 2000

JOHN PADGETT                          CIVIL ACTION

VERSUS                                NO. 00-278

PARKER DRILLING OFFSHORE USA,         SECTION "C"
LLC, ET AL

   IT IS ORDERED that the motion to continue the trial is hereby GRANTED. The pre-trial conference and trial dates of November 21, 2000, at 3:30 p.m. and December 4, 2000, respectively, are CONTINUED to be RESET at a telephone preliminary pre-trial conference on November 2, 2000, at 9:45 a.m.

*[signature]*

DATE OF ENTRY
OCT 20 2000

___ Fee
___ Process
 X  Dktd
___ CtRmDep
    Doc.No. 32