```
                FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

          2000 NOV -3  AM 9:31

            LORETTA G. WHYTE
                 CLERK
```

MINUTE ENTRY
BERRIGAN, J.
NOVEMBER 2, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN PADGETT | CIVIL ACTION |
| VERSUS | NUMBER: 00-0278 |
| PARKER DRILLING OFFSHORE USA, LLC, ET AL | SECTION: "C" 1 |

A preliminary conference was set for this date with the courtroom deputy.

PRESENT BY TELEPHONE:   James Cazalot, Jr.   Manuel Fernandez
                        Mark Johnson          Todd Korbel
                        Lynn Zeringue for Daniel Caruso

Hamilton Engineering has recently been added as a defendant and a third-party defendant in this matter and an appearance has not been made on its behalf. Therefore, at the request of counsel,

**IT IS ORDERED** that the preliminary conference is hereby CONTINUED to be held on **Thursday, December 7, 2000, at 10:00 a.m.** The Court will initiate the telephone call and will be represented at the conference by its Courtroom Deputy Clerk. Counsel for the parties shall advise counsel for Hamilton Engineering of the aforementioned conference.

DATE OF ENTRY
NOV 0 3 2000

_____
UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
X/Dktd _____
_CtRmDep_____
Doc.No. 34