

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 19, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN PADGETT                                      CIVIL ACTION

versus                                                   NUMBER 00-0278

PARKER DRILLING OFFSHORE USA,         SECTION "C" (1)
L.L.C., ET AL.

       A settlement conference is scheduled in the above-captioned case on **Tuesday, May 8, 2001 at 9:00 A.M.** before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

       **On or before May 4, 2001,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

                                                             _____
                                                              SALLY SHUSHAN
                                                              UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 2 0 2001