

```
              FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2001 APR 24  AM 9: 22

         LORETTA G. WHYTE
              CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
APRIL 24, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN PADGETT | CIVIL ACTION |
| versus | NUMBER 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., ET AL. | SECTION "C" (1) |

At the request of counsel,

The settlement conference scheduled on May 8, 2001 before the undersigned Magistrate Judge is reset for **Tuesday, May 29, 2001 at 2:00 P.M.** in Room B-345.

**On or before May 24, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.** All counsel are to have access to someone with full settlement authority.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 2 4 2001

Doc.No. 43