UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0278 |
| **PARKER DRILLING OFFSHORE USA, L.L.C., CREWBOATS, INC. and PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C.** | * * | SECTION: "C" MAGISTRATE: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION AND ORDER FOR LEAVE OF COURT
TO FILE A SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes CREWBOATS, INC., who moves for leave of court to file a supplemental and amending complaint, adding a new party to the litigation.

I.

The parties to this matter have just been informed that one of the defendants, Paradigm Insurance Company, is in liquidation in the State of Indiana.

II.

It is suspected that this liquidation proceeding will prevent this cause of action from going forward, at least as it concerns Paradigm Insurance Company.

III.

Crewboats, Inc. therefore desires to bring in, as a third party defendant, its comprehensive general liability insurance company, Agricultural Excess & Surplus Insurance Company, who also provides contractual liability coverage for Crewboats, Inc. and who has refused to take up the defense of Crewboats, Inc. and provide coverage in this matter.

DATE OF ENTRY
APR 27 2001

IV.

For these reasons, Mover asks that this Honorable Court allow it to bring in the additional litigant at this point in the litigation.

WHEREFORE, CREWBOATS, INC. prays for leave of this Honorable Court to supplement and amend its original pleadings to add the party as described above.

                FERNANDEZ & SEEMANN, L.L.C.

                _____
                G. FREDERICK SEEMANN   (Roll No. 11913)
                MANUEL A. FERNANDEZ   (Roll No. 5530)
                1005 Lafayette Street
                Lafayette, Louisiana   70501
                (337) 234-3766
                Attorneys for Crewboats, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 23rd day of April, 2001.

_____
G. FREDERICK SEEMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | NO.   00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., CREWBOATS, INC. and PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * * | SECTION: "C" MAGISTRATE: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATEMENT OF CONSENT BY ALL PARTIES**

NOW comes G. FREDERICK SEEMANN, counsel for Crewboats, Inc. in the above captioned matter, who certifies that all counsel in this matter have been contacted and none object to the filing of the Supplemental and Amending Complaint by Crewboats, Inc. to add additional party defendant.

FERNANDEZ & SEEMANN, L.L.C.

_____
G. FREDERICK SEEMANN   (Roll No. 11913)
MANUEL A. FERNANDEZ   (Roll No. 5530)
1005 Lafayette Street
Lafayette, Louisiana   70501
(337) 234-3766
Attorneys for Crewboats, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 23rd day of April, 2001.

_____
G. FREDERICK SEEMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.  00-0278** |
| **PARKER DRILLING OFFSHORE USA, L.L.C., CREWBOATS, INC. and PENNZENERGY** | * | **SECTION:  "C"** |
| **EXPLORATION AND PRODUCTION, L.L.C.** | * | **MAGISTRATE: "1"** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion,

IT IS ORDERED that CREWBOATS, INC. be and is hereby granted leave of court to supplement and amend its pleadings to add as a third party defendant AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY.

Lafayette, Louisiana, this _____ day of April, 2001.

_____
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION: "C" |
| CREWBOATS, INC. and PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION AND
ORDER FOR LEAVE OF COURT TO SUPPLEMENT
AND AMEND THE COMPLAINT**

MAY IT PLEASE THE COURT:

In this matter, a platform worker claims injury received as a result of coming into contact with a broken sack of caustic soda. The sack was part of a pallet load of chemicals that were being transferred from the platform onto the crewboat for transfer back to land.

The platform was owned by Pennzenergy, who is a defendant in this matter. On the platform was a Parker Drilling Company rig. Parker is another defendant in this action. Aboard the drilling rig was an employee of Hamilton Engineering, another defendant, who was alleged to be in charge of rig operations.

The controversy in this case comes about over the fact that the caustic soda was not to be placed aboard an aluminum crewboat, owned by Crewboats, Inc., under any circumstance. Secondly, that there was no caustic soda listed on the manifest of the chemicals that were placed aboard the vessel. Thirdly, no broken sacks of any chemicals should have been allowed aboard the vessel.

As a result of the injury to the plaintiff, he sued all of the defendants, along with Crewboats, Inc.'s P & I carrier, Paradigm Insurance Company. Crewboats, Inc. then sued Parker Drilling

Company and Hamilton Engineering.

Paradigm Insurance Company, who provides P & I coverage for Crewboats, Inc. and Agricultural Excess & Surplus Insurance Company, who provides comprehensive general liability coverage (CGL), both have clauses in their policies to provide the contractual liability coverage under the circumstances in this case. Some discussion took place as to whether or not, in fact, there was duel coverage under these circumstances for contractual liability and also whether or not one of the policies would have been excess to the other. As this controversy was about to be resolved between the companies, Paradigm Insurance Company was placed into liquidation. This, of course, resulted in no further movement on this problem and leaves Crewboats, Inc. no alternative but to bring in Agricultural Excess & Surplus Insurance Company, who has yet to accept the responsibility to defend and to provide coverage under their policy.

For the above reasons, and in light of the fact that this case, as is presently postured, may not be able to go forward because of the liquidation of Paradigm Insurance Company, your Mover asks that this Honorable Court allow it to bring in the additional defendant to afford some protection to Crewboats, Inc. and Pennzenergy in the absence of the viability of the P & I carrier.

Respectfully submitted,

FERNANDEZ & SEEMANN, L.L.C.

_____
G. FREDERICK SEEMANN   (Roll No. 11913)
MANUEL A. FERNANDEZ   (Roll No. 5530)
1005 Lafayette Street
Lafayette, Louisiana   70501
(337) 234-3766
Attorneys for Crewboats, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 23rd day of April, 2001.

_____
G. FREDERICK SEEMANN