UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 26  PM 4: 38

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | NO.  00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., CREWBOATS, INC. and PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * * | SECTION: "C" MAGISTRATE: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIRD PARTY COMPLAINT BY CREWBOATS, INC.
AGAINST AGRICULTURAL EXCESS & SURPLUS
INSURANCE COMPANY**

NOW INTO COURT, through undersigned counsel, comes CREWBOATS, INC., hereinafter referred to as "Crewboats", and for filing of a third party action against AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY states:

1.

The third party defendant, Agricultural Excess & Surplus Insurance Company, is, upon information and belief, an insurance company organized in the United States of America in a state other than the State of Louisiana, but, at all times pertinent hereto, has been doing business in the State of Louisiana as the insurer of Crewboats, Inc.

2.

Crewboats, Inc. avers that at all times pertinent to the cause of action sued upon herein, Agricultural Excess & Surplus Insurance Company provided comprehensive general liability coverage on behalf of Crewboats, Inc., which said coverage provided contractual liability coverage for the benefit of Crewboats, Inc.

3.

Pennzenergy Exploration & Production, L.L.C. has been sued in the above captioned matter as a party defendant and has called upon Crewboats, Inc. to defend its action pursuant to a contract between the two parties.

4.

Crewboats, Inc. further avers that Pennzenergy Exploration & Production, L.L.C. is also a named insured under the Crewboats' policy and therefore is subject to the coverages provided by the CGL carrier for the benefit of Crewboats, Inc.

5.

Crewboats, Inc. avers that Agricultural Excess & Surplus Insurance Company has denied coverage, erroneously, for Crewboats, Inc. and for Pennzenergy in connection with the claims filed by Plaintiff herein.

6.

Crewboats, Inc. avers that, in fact, there is viable insurance coverage that was provided for and paid for by Crewboats, Inc. which covers Crewboats, Inc. as an insured, Crewboats, Inc. as a contractor to Pennzenergy and Pennzenergy as a named insured in the above captioned matter.

7.

Crewboats, Inc. avers that the denial of coverage and refusal to defend by Agricultural Excess & Surplus Insurance Company is arbitrary and capricious and therefore subjects them to all the penalties that may be provided by law, including interest, attorney's fees and costs, for their failure to defend as provided by their contractual obligation for the policy that they wrote and provided to Crewboats, Inc.

8.

Crewboats, Inc. avers that any judgment that may be had against Crewboats, Inc. in the above captioned matter that would result from the negligence of Pennzenergy and/or the contractual relationship between Pennzenergy and Crewboats, Inc. is, by virtue of the insurance contract, subject to payment by Agricultural Excess & Surplus Insurance Company and, based upon their breach of contract, asks this Honorable Court to award any such judgments, including interest, cost and attorney's fees, over and against Crewboats, Inc. that they may be responsible for to any of the parties under the circumstances set forth above.

WHEREFORE, the defendant, CREWBOATS, INC., prays that the third party defendant, AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY, be served with a copy of the Complaint and ordered to appear and answer same and, that after all legal delays and due proceedings had, in the event that there is a judgment against CREWBOATS, INC. in the above captioned matter, either on the main demand that is covered by insurance provided by the Third Party Defendant or for any award for which CREWBOATS, INC. may be responsible to PENNZENERGY EXPLORATION & PRODUCTION, L.L.C. as a result of its contractual agreement, that, in such case, there be judgment in favor of CREWBOATS, INC. and/or PENNZENERGY EXPLORATION & PRODUCTION, L.L.C. against AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY for said amounts.

CREWBOATS, INC. further prays that the denial of coverage by AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY be found by this Honorable Court to be arbitrary and capricious and without cause and, as a result, that all penalties, including interest, costs and attorney's fees that are allowed by law, be assigned against the said Third Party Defendant.

Third Party Petitioner further prays for all general and equitable relief.

                FERNANDEZ & SEEMANN, L.L.C.

                G. FREDERICK SEEMANN   (Roll No. 11913)
                MANUEL A. FERNANDEZ    (Roll No. 5530)
                1005 Lafayette Street
                Lafayette, Louisiana   70501
                (337) 234-3766
                Attorneys for Crewboats, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 23rd day of April, 2001.

_____
G. FREDERICK SEEMANN