```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2001 MAY -3 PM 1:11

                               LORETTA G. WHYTE
                                    CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0278 |
| | * | |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION "C" |
| CREWBOATS, INC. AND PENNZENERGY | * | |
| EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE "1" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXHIBIT LIST

Defendant, Parker Drilling Offshore USA, L.L.C., submits the following list of exhibits that it may use at the trial of this matter.

1. Cargo manifests referred to in the deposition.

2. Drilling logs of the MALLARD RIG 42.

3. Accident Reports.

4. Medical Records/Reports.

5. Medical Bills.

6. Plaintiff's Expert Reports.

7. Contract between Parker and Pennzenergy.



8. Photographs.

9. Income tax records of plaintiff.

10. Padgett Personnel File

11. Master Time Charter

12. Coast Guard Application

13. Parker/Pennzenergy Contract

14. Any exhibit listed by any other party to this litigation.

> Respectfully submitted,
>
> _____
> Daniel J. Caruso (Bar No. 3941)
> Gregory P. Nolan (Bar No. 25808)
> SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
> 1100 Poydras Street, 30th Floor
> New Orleans, Louisiana 70163-3000
> (504) 569-2030
>
> Attorneys for Parker Drilling Offshore USA, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record placing same in the United States Mail, postage prepaid and properly addressed, this 2nd day of May, 2001.

_____
Daniel J. Caruso

K \DATA\N\38873002\PLEADING\Exhibit.lst