```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2001 MAY -3 PM 1: 11

                                 LORETTA G. WHYTE
                                      CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0278 |
| | * | |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION "C" |
| CREWBOATS, INC. AND PENNZENERGY | * | |
| EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE "1" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WITNESS LIST

Defendant, Parker Drilling Offshore USA, L.L.C., submits the following list of witnesses it may call at the trial of this matter.

1. ˙John Padgett

2. Scott Romero

3. Lloyd Hargrave

4. Dr. Marwan Bagjdan

5. Dr. Harold Trahan

6. Dr. Eric J. Wyble

7. Dr. Jack Causey, II

8. Joseph Church, ORT/L-CHT

9. Ricky Smith

10. Raymond Ashlock

11. Pete McNeese

12. Robert Eames

13. Jeremy Boudreaux

14. Marty Rodrigue

15. Rex Raynes

16. Warren Smith

17. Keith LeBlanc

18. Joe Jones

19. Rickie Boudreaux

20. Ronnie Haynes

21. Wilton Herbert

22. Chad Blocker

23. Joshua Wagner

24. Mark Belaire

25. Troy Rhodes

26. Anthony O'Donnell

27. Howard Reddoch

28. John Stakes

29. Rocky Bonin

30. J. Lacy Hamilton

31. Mark Migura

32. Any individual listed by any other party to this litigation.

Respectfully submitted,

_____
Daniel J. Caruso (Bar No. 3941)
Gregory P. Nolan (Bar No. 25808)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
(504) 569-2030

Attorneys for Parker Drilling Offshore USA, L.L.C.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record placing same in the United States Mail, postage prepaid and properly addressed, this 2nd day of May, 2001.

_____
Daniel J. Caruso

K:\DATA\N\38873002\Pleading\witness.lst