

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | CIVIL ACTION |
| **VERSUS** | * | |
| | | NO.: 00-0278 |
| **PARKER DRILLING OFFSHORE** | * | |
| **USA, L.L.C., CREWBOATS, INC.,** | | |
| **PENNZENERGY EXPLORATION** | * | SECTION "C" |
| **AND PRODUCTION, L.L.C. AND** | | |
| **HAMILTON ENGINEERING, INC.** | * | |
| | | MAGISTRATE (1) |
| * * * * * * * | | |
| FILED:_____ | | _____ |
| | | DEPUTY CLERK |

## EXHIBIT LIST

Defendant, Hamilton Engineering, Inc., submits the following list of exhibits that it may use at the trial of this matter.

1. Master Time Charter.

2. Master Service and Supply Agreement Maritime Form dated September 13, 1996.

1



3. Material Manifest dated January 29, 1997.

4. Material Manifest dated January 30, 1997.

5. Material Manifest dated January 31, 1997.

6. Drilling logs of the MALLARD RIG 42.

7. Contract Employee Accident/Injury Report dated January 31, 1997.

8. Medical records for Abbeville General Hospital.

9. Medical records for Memorial Hospital at Gulfport.

10. Medical records for Garden Park Community Hospital.

11. Medical records for Dr. Eric J. Wyble.

12. Medical records for John Church.

13. Any and all other medical records/reports.

14. Any and all medical bills.

15. Plaintiff's expert reports.

16. Contract between Parker and PennzEnergy.

17. Any and all photographs.

18. Income tax records of plaintiff.

19. Padgett personnel file.

20. Coast Guard application.

21. Deposition of Scott Romero.

22. Deposition of John Padgett.

23. Deposition of Lloyd Hargrave.

24. Deposition of Mark Migura.

25. Deposition of Hamilton Engineering, Inc.

26. Any exhibit attached to any deposition.

27. Video deposition and perpetuation of testimony of Dr. Eric J. Wyble.

28. Any exhibit disclosed in discovery.

29. Any exhibit listed by any other party to this litigation.

Hamiltion Engineering, Inc. reserves the right to add and/or otherwise revise the foregoing list of exhibits as additional information may become available and/or as additional discovery may disclose and/or require due to the nature of this case.

RESPECTFULLY SUBMITTED:

_____
WILLIAM B. HIDALGO (#20220)
TIMOTHY A. PORTEOUS (#27040)
Energy Centre, Suite 2000
1100 Poydras Street
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
and
BURKE & MAYER, of Counsel
Attorneys for Hamilton Engineering, Inc.
(97095)

## CERTIFICATE

    I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed to them at their respective offices, this 3rd day of May, 2001.

_____