FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY -3  PM 4: 05

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | **CIVIL ACTION** |
| **VERSUS** | * | |
| | | **NO.: 00-0278** |
| **PARKER DRILLING OFFSHORE USA, L.L.C., CREWBOATS, INC.,** | * | |
| **PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. AND** | * | **SECTION "C"** |
| **HAMILTON ENGINEERING, INC.** | * | |
| | | **MAGISTRATE (1)** |
| * * * * * * * | | |

**FILED:**_____     _____

                                                                                       **DEPUTY CLERK**

## WITNESS LIST

Defendant, Hamilton Engineering, Inc., submits the following list of witnesses that it may call at the trial of this matter.

    1.    John Padgett.

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._49___

2. J. Lacy Hamilton

3. Mark Migura

4. Scott Romero.

5. Lloyd Hargrave.

6. Representative of Parker Drilling Offshore USA, L.L.C.

7. Representative of Crewboats, Inc.

8. Representative of PennzEnergy Exploration and Production, L.L.C.

9. Representative of Hamilton Engineering, Inc.

10. Representative of Paradigm Insurance Company.

11. Representative of Agricultural Excess and Surplus Insurance Company.

12. Dr. Marwan Bagjdan.

13. Dr. Harold Trahan.

14. Dr. Eric J. Wyble.

15. Dr. Jack Causey, II.

16. Dr. Joseph Church, ORT/L-CHT.

17. Ricky Smith.

18. Raymond Ashlock.

19. Pete McNeese.

20. Robert Eames.

21. Jeremy Boudreaux.

22. Marty Rodrigue.

23. Rex Raynes.

24. Warren Smith.

25. Keith LeBlanc.

26. Joe Jones.

27. Rickie Boudreaux.

28. Ronnie Haynes.

29. Wilton Herbert.

30. Chad Blocker.

31. Joshua Wagner.

32. Mark Belaire

33. Troy Rhodes.

34. Anthony O'Donnell.

35. Howard Reddoch

36. John Stakes

37. Rocky Bonin

38. Any individual listed by any other party to this litigation.

RESPECTFULLY SUBMITTED:

_____
WILLIAM B. HIDALGO (#20220)
TIMOTHY A. PORTEOUS (#27040)
Energy Centre, Suite 2000
1100 Poydras Street
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
and
BURKE & MAYER, of Counsel
Attorneys for Hamilton Engineering, Inc.
(97096)

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed to them at their respective offices, this 3rd day of May, 2001.

_____