```
                                                        FILED
                                                   U.S. DISTRICT COURT
                                                  EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2001 MAY 14 PM 5:52

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION: "C" |
| CREWBOATS, INC. and PENNZENERGY | | |
| EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE: "1" |

**************************************************************************

## WITNESS LIST

NOW comes Defendant and Third Party Plaintiff, CREWBOATS, INC., who submits the following list of witnesses it may call at the trial of this case.

1. John Padgett

2. Scott Romero

3. Lloyd Hargrave

4. Dr. Eric J. Wyble

5. Rocky Bonin

6. Jay Lacy Hamilton

7. Mark Migura

8. Russell Louviere

9. Any witness called by any other party.

Respectfully submitted,

_____
G. FREDERICK SEEMANN   (Roll No. 11913)
1005 Lafayette Street
Lafayette, Louisiana  70501
(337) 234-3766

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this _10_ day of May, 2001.

_____
G. FREDERICK SEEMANN

```
                                                            FILED
                                                      U.S. DISTRICT COURT
            UNITED STATES DISTRICT COURT              EASTERN DISTRICT OF LA
            EASTERN DISTRICT OF LOUISIANA
                                                      2001 MAY 14  PM 5:52
```

| | | |
|---|---|---|
| **JOHN PADGETT** | * | CIVIL ACTION   LORETTA G. WHYTE |
| **VERSUS** | * | NO.   00-0278   CLERK |
| **PARKER DRILLING OFFSHORE USA, L.L.C., CREWBOATS, INC. and PENNZENERGY** | * | SECTION: "C" |
| **EXPLORATION AND PRODUCTION, L.L.C.** | * | MAGISTRATE: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EXHIBIT LIST

NOW comes Defendant and Third Party Plaintiff, CREWBOATS, INC., who submits the following list of exhibits that it may use at the trial of this case.

1. Cargo manifests of cargo shipped aboard the M/V CAPT. SAM.

2. Drilling logs of the MALLARD RIG 42.

3. Accident reports.

4. Medical reports/records.

5. Medical bills.

6. Plaintiff's expert reports.

7. Contract between Parker and Pennzenergy.

8. Photographs.

9. Income tax returns of the plaintiff.

10. Padgett personnel file.

11. Any exhibit listed by any other party.

Respectfully submitted,

_____
G. FREDERICK SEEMANN    (Roll No. 11913)
1005 Lafayette Street
Lafayette, Louisiana    70501
(337) 234-3766

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this __10th__ day of May, 2001.

_____
G. FREDERICK SEEMANN