

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| versus | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C. CREWBOATS, INC., PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * * | SECTION "C" MAGISTRATE (1) |

**PENNZENERGY EXPLORATION &
PRODUCTION COMPANY, L.L.C.'S WITNESS LIST**

Defendant, PennzEnergy Exploration & Production Company, L.L.C. ("PennzEnergy"), hereby submits the following list of witnesses it may call at the trial of this matter.

1.   John Padgett

2.   Scott Romero

3.   John Stakes

4.   Rockey Bodin

5.   Lloyd Hargrave

6.   Mark Migura

7.   Dr. Eric J. Wyble

8.   Barney Garey

9.   Toolpusher for Parker (not yet identified)

299270_1.DOC

10. Roustabouts for Mallard/Parker

11. Representative of Crewboats, Inc.

12. Representative of Parker Drilling

13. Representative of PennzEnergy

14. Representative of Hamilton Engineering, Inc.

15. Any witness identified in later discovery

16. Any witness listed by any other party including but not limited to the following:

    a. Dr. Marwan Bagjdan

    b. Dr. Harold Trahan

    c. Dr. Jack Causey, 11

    d. Joseph Church

    e. Ricky Smith

    f. Raymond Ashlock

    g. Pete McNeese

    h. Robert Eames

    i. Jeremy Boudreaux

    j. Marty Rodigue

    k. Rex Raynes

    l. Warren Smith

    m. Keith LeBlanc

    n. Joe Jones

    o Rickie Boudreaux

    p. Ronnie Hayes

    q. Wilton Herbert

    r. Chad Blocker

s.   Joshua Wagner

t.   Mark Belaire

u.   Troy Rhodes

v.   Howard Reddoch

          Respectfully submitted,

R. Keith Jarrett, T.A. (Bar #16984)
Mark A. Johnson (Bar#23406)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

Attorneys for Defendant, PennzEnergy
Exploration & Production Company, L.L.C.

-3-

299270_1.DOC

Certificate of Service

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this  14th day of  May , 2001.

[signature]

299270_1.DOC



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 14  P 4: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| versus | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C. CREWBOATS, INC., PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * * | SECTION "C" MAGISTRATE (1) |

## PENNZENERGY EXPLORATION & PRODUCTION COMPANY, L.L.C.'S EXHIBIT LIST

Defendant, PennzEnergy Exploration & Production Company, L.L.C. ("PennzEnergy"), hereby submits the following list of exhibits that it may use at the trial of this matter.

1.  John Padgett's personnel file from Crewboats

2.  John Padgett's payroll records from Crewboats

3.  Accident report from Crewboats

4.  Pennzoil accident report

5.  Logs from the M/V Samuel P

6.  Daily drilling logs from Mallard Rig 42

7.  Medical records regarding treatment rendered to John Padgett

8.  Plaintiff's Expert Reports

299283_1.DOC

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

9. Master Time Charter and related documents between Pennzoil and Crewboats

10. Contractual documents between Pennzoil and Mallard

11. Master Service and Supply Agreement, and related documents, between Pennzoil and Hamilton Engineering

12. Material Manifests dated January 29, 1997 – January 31, 1997

13. Drilling Logs of the MALLARD RIG 42

14. All logs prepared and/or maintained by Hamilton Engineering

15. Contractual and indemnity documents between Paradigm Insurance Company, Crewboats and Pennzoil

16. Safety Manual for Mallard/Parker

17. Any and all pleadings filed in this matter.

18. Any and all discovery filed in this matter.

19. Any and all depositions taken in this matter.

20. Any and all exhibits listed by any other party in this matter.

21. Any and all documents identified in later discovery in this matter.

Respectfully submitted,

*[signature]*

R. Keith Jarrett, T.A. (Bar #16984)
Mark A. Johnson (Bar#23406)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

Attorneys for Defendant, PennzEnergy
Exploration & Production Company, L.L.C.

-2-

299283_1.DOC

Certificate of Service

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 14th day of May, 2001.

[signature]

-3-

299283_1.DOC