FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 25 AM 11: 10

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | CIVIL ACTION NO.: 00-0278 |
| **VERSUS** | * | SECTION "C" |
| **PARKER DRILLING OFFSHORE, ET AL** | * | MAGISTRATE (1) |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

John E. Galloway and Kimberly G. Anderson, counsel of record for Paradigm Insurance Company (Paradigm), hereby moves the Court for an Order allowing them to withdraw as counsel of record for Paradigm for the reason that Paradigm is being liquidated by the Insurance Commission of the State of Indiana and the Indiana Insolvency Office advises John E. Galloway and Kimberly G. Anderson that their legal fees and costs will not be paid by Paradigm or the Indiana Insolvency Office for any further representation of Paradigm.

Respectfully submitted,

_____
JOHN E. GALLOWAY (5892)
KIMBERLY G. ANDERSON (24279)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
Attorneys for Paradigm Insurance Company



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all known counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this 25 day of May, 2001.

_____
JOHN E. GALLOWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN PADGETT** | * | **CIVIL ACTION NO.: 00-0278** |
| **VERSUS** | * | **SECTION "C"** |
| **PARKER DRILLING OFFSHORE, ET AL** | * | **MAGISTRATE (1)** |

## ORDER

Considering the foregoing Motion;

It is ordered that John E. Galloway and Kimberly G. Anderson be, and the same are hereby, allowed to withdraw as counsel of record for Paradigm Insurance Company.

New Orleans, Louisiana, this _____ day of _____, 2001.

_____
JUDGE