```
                                          FILED
                                     U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2001 MAY 30  AM 8:40

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
BERRIGAN, J.
May 25, 2001

| | |
|---|---|
| JOHN PADGETT | CIVIL ACTION |
| VERSUS | NO. 00-278 |
| PARKER DRILLING OFFSHORE, ET AL | SECTION "C" |

IT IS ORDERED that the motion to withdraw filed by John E. Galloway and Kimberly G. Anderson (attached) is DENIED. A corporation can not proceed without the representation of a properly licensed attorney. <u>Donovan v. Road Rangers Country Junction, Inc.</u>, 736 F.2d 1004 (5th Cir. 1984); <u>Southwest Express Co., Inc. v. Interstate Commerce Commission</u>, 670 F.2d 53 (5th Cir. 1982); <u>In re K. M. A., Inc.</u>, 652 F.2d 398 (5th Cir. 1981). The Court will consider a motion to substitute counsel.

DATE OF ENTRY
MAY 30 2001