

MINUTE ENTRY
SHUSHAN, M.J.
JUNE 25, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN PADGETT      CIVIL ACTION

versus      NUMBER 00-0278

PARKER DRILLING OFFSHORE      SECTION "C" (1)
USA, ET AL.

    A settlement conference was held on May 29, 2001.

    PRESENT:

    James Cazalot, for the plaintiff;
    Daniel Caruso, for Parker Drilling;
    Fred Seemann, for Crewboats, Inc.;
    Mark Johnson, for PennzEnergy Exploration and Production;
    Bill Hidalgo and Tim Porteous, for Hamilton Engineering;

    Following discussions among the parties, the above-captioned case has settled.

The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

DATE OF ENTRY
JUN 2 5 2001

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

Fee_____
Process_____
X Dktd_____
___CtRmDep_____
Doc.No._54_