```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2001 JUN 25  P 3 43

                                         LORETTA G. WHYTE
                                              CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN PADGETT | CIVIL ACTION |
| VERSUS | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, ET AL | SECTION "C" 1 |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, **EVERY WITNESS** MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this _25_ day of June 2001

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 2 6 2001

Fee_____
Process____
Dktd_____
CtRmDep___
Doc.No__55