UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0278 |
| | * | |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION "C" |
| CREWBOATS, INC. AND PENNZENERGY | * | |
| EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE "1" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER OF DISMISSAL

On motion of plaintiff, John Padgett, and upon suggesting to the Court that the captioned matter has been settled between the parties and that, accordingly, it is appropriate to enter a final order of dismissal, with prejudice:

**IT IS ORDERED** that the captioned matter be, and hereby is, **DISMISSED**, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _28_ day of _August_, 2001.

_____
JUDGE

Respectfully submitted,

_____
James E. Cazalot, Jr., Bar No. 17510
H. Edward Sherman, Bar No. 12016
1010 Common Street, Suite 1750
New Orleans, Louisiana 70112
504-587-7100

Attorneys for John Padgett

DATE OF ENTRY
AUG 29 2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record placing same in the United States Mail, postage prepaid and properly addressed, this 27th day of August, 2001.

_____

K:\DATA\N\38873002\PLEADING\Dismissal mot