Case 2:00-cv-00278-HGB   Document 57   Filed 09/20/2001   Page 1 of 4



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION: "C" |
| CREWBOATS, INC. and PENNZENERGY | | |
| EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, JOHN PADGETT, and the Defendants, CREWBOATS, INC., PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C., and GREAT AMERICAN E & S INSURANCE COMPANY, formerly known as AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY, who move this Court as follows:

That, upon suggesting to the Court that all of the issues and claims which have arisen in connection with the above entitled and numbered cause have been amicably settled and compromised with consideration thereof having been paid to Plaintiff, the parties jointly move the Court to dismiss all claims herein asserted, including all principals and incidental claims, with full prejudice;

WHEREFORE, Movers pray that this action be dismissed with full prejudice, each party to bear its own costs.

DATE OF ENTRY

SEP 2 1 2001

Respectfully submitted:

_____
G. FREDERICK SEEMANN   (Roll No. 11913)
LAW OFFICE OF G. FREDERICK SEEMANN,
ATTORNEY AT LAW, L.L.C.
1005 Lafayette Street
Lafayette, Louisiana   70501
(337) 234-3766
Attorney for Crewboats, Inc., St. Bernard Boat Rental, Inc. and the M/V SAMUEL P

_____
MARK   A. JOHNSON   (Roll No. 23406)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana   70139-5099
(504) 581-7979
Attorney for Pennzenergy Exploration & Production, L.L.C.

_____
GEORGE B. HALL, JR.   (Roll No. 06432)
PHELPS DUNBAR, L.L.P.
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana   70130-6534
(504) 566-1311
Attorney for Great American E & S Insurance Company, formerly known as Agricultural Excess & Surplus Insurance Company

_____
JAMES E. CAZALOT, JR.   (Roll No. 17510)
LAW OFFICE OF H. EDWARD SHERMAN
1010 Common Street, Suite 1750
New Orleans, Louisiana   70112
(504) 587-7100
Attorney for John Padgett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 7 day of ~~August~~ Sept, 2001.

_____
G. FREDERICK SEEMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN PADGETT | * | CIVIL ACTION |
| VERSUS | * | NO.   00-0278 |
| PARKER DRILLING OFFSHORE USA, L.L.C., | * | SECTION: "C" |
| CREWBOATS, INC. and PENNZENERGY EXPLORATION AND PRODUCTION, L.L.C. | * | MAGISTRATE: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT OF DISMISSAL

Considering the above and foregoing Motion,

IT IS ORDERED that all claims asserted by the Plaintiff against the Defendants and any other incidental claims be and the same are hereby dismissed with full prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 22 day of Sept, 2001.

_____
UNITED STATES DISTRICT JUDGE